No. 93-1151. FEDERAL ELECTION COMMISSION *v.* NRA POLITICAL VICTORY FUND ET AL. C. A. D. C. Cir. [Certiorari

granted, *ante*, p. 1218.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE GINSBURG took no part in the consideration or decision of this motion.